### JOHN W. WALKER v. EDITH MAE WALKER.

(Filed 28 May, 1930.)

APPEAL by defendant from *Finley, J.,* at April Term, 1930, of CHEROKEE. Affirmed.

*Dillard & Hill and Moody & Moody for plaintiff.*
*J. D. Mallonee and D. Witherspoon for defendant.*

PER CURIAM. The plaintiff brought suit to annul his marriage with defendant, and to this end set out three causes of action in his complaint. The defendant demurred for misjoinder of causes and her demurrer was overruled.

The judgment is affirmed. *Hoke v. Glenn,* 167 N. C., 594; *Trust Co. v. Wilson,* 182 N. C., 166; *S. v. Trust Co.,* 192 N. C., 246; *Griffin v. Baker, ibid.,* 297; *S. v. McCanless,* 193 N. C., 200.

Affirmed.